NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**POWER INTEGRATIONS, INC.,**
*Plaintiff-Appellee*

**v.**

**FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, FAIRCHILD (TAIWAN) CORPORATION,**
*Defendants-Appellants*

---

2016-2691, 2017-1875

---

Appeals from the United States District Court for the Northern District of California in No. 3:09-cv-05235-MMC, Judge Maxine M. Chesney.

---

## ON PETITION FOR PANEL REHEARING

---

Before DYK, CLEVENGER, and CHEN, *Circuit Judges.*

PER CURIAM.

## O R D E R

Appellee Power Integrations, Inc. filed a petition for rehearing. A response to the petition was invited by the

court and filed by appellants Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and Fairchild (Taiwan) Corporation. The petition was first referred to the panel.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The petition for panel rehearing is denied except as described in paragraph (2) below.

(2) The previous precedential opinion in this appeal, issued July 3, 2018, is withdrawn and replaced with the modified precedential opinion accompanying this order.

FOR THE COURT

September 20, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court